FILED
2025 Aug-29  AM 10:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEREN DISTRICT OF ALABAMA
## JASPER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:24-cr-461-ACA-NAD** |
| | ) | |
| **MEGAN JOHNSON** | ) | |

## <u>NOTICE OF APPEARANCE</u>

COMES NOW the United States of America, by and through its counsel, Prim F. Escalona, United States Attorney for the Northern District of Alabama, and John B. Ward, Assistant United States Attorney, and gives this Honorable Court notice of the appearance of Assistant United States Attorney, John B. Ward, as counsel for the government in the above-styled case.

Respectfully submitted this 29th day of August 2025.

PRIM F. ESCALONA
United States Attorney


*/s/ Electronic Signature*
JOHN B. WARD
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing has been filed with the Court using the Court's CM/ECF system which will send notification of such filing to all parties of record on this the 29th day of August 2025.

*/s/ Electronic Signature*
JOHN B. WARD
Assistant United States Attorney